# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MICHAEL MOSLEY,

    Plaintiff,

vs.

CLARK COUNTY DETENTION CENTER,

    Defendants.

Case No. 2:11-cv-00538-JCM-PAL

**ORDER**

    The court ordered plaintiff to file an amended complaint. Order (#5). Plaintiff has not complied with the court's order within the allotted time.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** for plaintiff's failure to comply with the court's order. The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that an appeal from the dismissal of this action would not be taken in good faith.

    DATED: October 18, 2013.

_____
JAMES C. MAHAN
United States District Judge